**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                            NO. 4:06CR00159 JLH

SHATARA A. AMOS                                                                                   DEFENDANT

**ORDER**

Shatara A. Amos entered a guilty plea to one count of mail fraud and was sentenced to twenty-one months imprisonment, three years supervised release, restitution in the amount of $84,416.44, and a $100 special assessment. Sentence was imposed on March 23, 2007. Amos's supervised release began on December 9, 2008. She has now filed a motion asking for early termination of supervised release.

The statute provides:

The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)--

   (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]

18 U.S.C. § 3583(e)(1). One of the factors to be considered is the need to provide restitution to victims of the offense. *See* 18 U.S.C. § 3553(a)(7). Here, Amos still owes $61,677.24 in restitution. Because Amos has completed only one-half of her term of supervised release, and because she continues to owe a large sum of money for restitution, the Court has concluded that the interest of justice does not warrant early termination of supervised release. Therefore, the motion is DENIED. Document #31.

IT IS SO ORDERED this 19th day of May, 2010.

                                                _____
                                                J. LEON HOLMES
                                                UNITED STATES DISTRICT JUDGE